IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM HILL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-563-DRH |
| | ) | |
| MARY MILLER, JOHN ROMAN, and JOHN DOES 1 and 2, | ) ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court for purposes of docket control. Plaintiff filed his original complaint in August 2007. Upon threshold review of the action, Chief United States District Judge David R. Herndon found that Plaintiff had stated a claim for deliberate indifference to his serious dental needs, but that Plaintiff did not identify by name any individuals responsible for the mistreatment. Judge Herndon dismissed the claim without prejudice (Doc. 14). After an appeal of that order was dismissed, Plaintiff filed an amended complaint naming Mary Miller, John Roman, and John Does 1 and 2, identified only as the dentists at Vienna and Shawnee Correctional Centers (Doc. 23). Upon threshold review of the amended complaint, Judge Herndon issued a Memorandum and Order on October 16, 2008, allowing Plaintiff's case to proceed against Mary Miller, John Roman, and two John Doe defendants (Doc. 24). That order stated, "Service shall not be made on the John Doe defendants until such time as Plaintiff has identified them by name on a USM-285 form and in a properly filed amended complaint. Plaintiff is **ADVISED** that it is Plaintiff's responsibility to provide the Court with the names and service addresses for these individuals." (Doc. 10) (emphasis in original). Plaintiff has not filed an amended complaint or any USM-285 forms identifying the John Does.

Without properly completed USM-285 forms containing, at a minimum, the proper name of the individuals to be served, the U.S. Marshal is unable to locate and serve these defendants.

Plaintiff is ordered to supply the Court with properly completed USM-285 forms on these defendants to allow the Marshal to locate and serve them.  Plaintiff shall submit this information by **July 14, 2009**.  **Failure to do so may result in the dismissal of these defendants for failure to prosecute**.

**IT IS SO ORDERED.**

**DATED: June 16, 2009**

<u>s/ *Donald G. Wilkerson*</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**