IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-563-DRH |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Report and Recommendation dated July 22, 2009, and the Order of the Court dated August 14, 2009, judgment is entered in favor of defendants **MARY MILLER, JOHN ROMAN, JOHN DOE, 1 and JOHN DOE, 2** and against plaintiff, **WILLIAM HILL.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated July 25, 2008, judgment is entered in favor of defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, DANIEL AUSTIN and BILLY GROANING** and against plaintiff, **WILLIAM HILL.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated October 16, 2008, judgment is entered in favor of defendants, **TERRY POLK, BECKY SUDBRINK and JANE DOE,** and against plaintiff, **WILLIAM HILL.** This case is **DISMISSED** in its entirety with prejudice.

JUSTINE FLANAGAN, ACTING CLERK

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: August 20, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT